

RECEIVED
IN LAKE CHARLES, LA
OCT 27 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JODY JOSEPH DUPLICHAN, JR. | CIVIL ACTION NO. 2:15-CV-1440 |
| v. | * |
| | * JUDGE MINALDI |
| WARDEN DIXON CORRECTIONAL CENTER | * |
| | * |
| | * MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 15) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, review of the petitioner's Objections (Rec. Doc. 18) and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 26 day of Oct. , 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1